United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH A. FIESER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>W. DENMAN VAN NESS, et al.,<br><br>　　　　Defendants. | Case No.  15-cv-05236-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Haywood S. Gilliam for consideration of whether the case is related to *Markette v. Xoma* Corporation, 15-3425-HSG.

　　　　**IT IS SO ORDERED.**

Dated: 01/12/2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge