COOLEY LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
JESSICA VALENZUELA SANTAMARIA (220934) (jsantamaria@cooley.com)
AMANDA A. MAIN (260814) (amain@cooley.com)
BRETT H. DE JARNETTE (292919) (bdejarnette@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:     (650) 843-5000
Facsimile:      (650) 849-7400

Attorneys for Defendants
W. DENMAN VAN NESS, WILLIAM K. BOWES, JR.,
PETER BARTON HUTT, JOSEPH M. LIMBER,
KELVIN M. NEU, PATRICK J. SCANNON,
JOHN VARIAN, TIMOTHY P. WALBERT,
PAUL D. RUBIN AND JACK L. WYSZOMIERSKI
and Nominal Defendant XOMA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH A. FIESER, derivatively on behalf of XOMA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>W. DENMAN VAN NESS, WILLIAM K. BOWES, JR., PETER BARTON HUTT, JOSEPH M. LIMBER, KELVIN M. NEU, PATRICK J. SCANNON, JOHN VARIAN, TIMOTHY P. WALBERT, PAUL D. RUBIN AND JACK L. WYSZOMIERSKI and Nominal Defendant XOMA CORPORATION,<br><br>Defendants. | Case No.  4:15-CV-05236-HSG<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Judge:   Honorable Haywood S. Gilliam |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER TO
EXTEND TIME FOR DEFENDANTS' TO RESPOND
TO COMPLAINT -  4:15-CV-05236

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12 Plaintiff Deborah A. Fieser ("Plaintiff") and Defendants W. Denman Van Ness, William K. Bowes, Jr., Peter Barton Hutt, Joseph M. Limber, Kelvin M. Neu, Patrick J. Scannon, John Varian, Timothy P. Walbert, Paul D. Rubin, Jack L. Wyszomierski, and Nominal Defendant XOMA Corporation (collectively, "Defendants"), by and through their respective counsel, hereby agree and stipulate that good cause exists to request an order from the Court extending Defendants' deadline to respond to the Complaint until April 4, 2016 and rescheduling the initial Case Management Conference currently set in this action for March 22, 2016 to May 10, 2016, and to adjust accordingly the related deadlines set forth therein.

WHEREAS, Joseph Markette filed a securities class action lawsuit against XOMA, John Varian, and Paul Rubin relating to XOMA's EYEGUARD-B study in the United States Court for the Northern District of California, captioned *Markette v. XOMA Corp., et. al.*, 3:15-CV-3425-HSG, on July 24, 2015;

WHEREAS, Plaintiff Deborah A. Fieser filed this related shareholder derivative action, captioned *Fieser v. W. Denman Van Ness, et. cal.*, Case No. 4:15-CV-05236, on November 16, 2015 ("*Fieser* Complaint");

WHEREAS, on January 11, 2016, Magistrate Judge Kandis A. Westmore entered an order extending Defendants' time to respond to the *Fieser* Complaint from January 19, 2016 to February 19, 2016 and rescheduling the case management conference to March 22, 2016;

WHEREAS, on January 12, 2016, Judge Westmore referred this action to this Court to determine whether it should be related to *Markette v. XOMA Corp., et. al.*;

WHEREAS, on January 25, 2016, this Court entered an order relating this action to *Markette v. XOMA Corp., et. al.*, and reassigning it to Judge Haywood S. Gilliam;

WHEREAS, in an effort to avoid duplication of effort and maximize judicial economy, the parties have been discussing various case management procedures, including a potential stay of this action pending further developments in *Markette v. XOMA Corp., et. al.*, but have yet to

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIPULATION AND [PROPOSED] ORDER TO
EXTEND TIME FOR DEFENDANTS' TO RESPOND
TO COMPLAINT - 4:15-CV-05236

1   reach agreement;

2          WHEREAS, in order to conserve party and Court resources, Plaintiff and Defendants

3   agree to extend Defendants' deadline to respond to the *Fieser* Complaint to April 4, 2016 to

4   provide the parties with additional time to reach agreement regarding case management

5   procedures, including a potential stay of this action;

6          WHEREAS Plaintiff and Defendants further agree that the initial Case Management

7   Conference should be rescheduled for May 10, 2016 and that all associated deadlines (including

8   ADR deadlines) be rescheduled accordingly.

9          WHEREAS this stipulation shall not be deemed a waiver of any rights or defenses by any

10  party, including, but not limited to, the right of the Defendants to raise personal and subject

11  matter jurisdiction issues or to file any motions to dismiss or motions, the right to object to any

12  discovery requests on any grounds, and this stipulation shall in no way constitute an appearance

13  for the purpose of personal jurisdiction over any party;

14         NOW THEREFORE, THE FOLLOWING IS HEREBY STIPULATED by and between

15  the parties, through their respective counsel:

16         1.     To avoid duplicative efforts and promote judicial economy, Defendants shall have

17                no obligation to respond to the *Fieser* Complaint until April 4, 2015.

18         2.     The scheduled initial Case Management Conference will be rescheduled to May

19                10, 2016 and all related deadlines (including ADR deadlines) will be adjusted

20                accordingly.

21         IT IS SO STIPULATED.

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3.

STIPULATION AND [PROPOSED] ORDER TO
EXTEND TIME FOR DEFENDANTS' TO RESPOND
TO COMPLAINT - 4:15-CV-05236

Dated: February 2, 2016

COOLEY LLP
JESSICA VALENZUELA SANTAMARIA (220934)
JOHN C. DWYER (136533)
AMANDA A. MAIN (260814)
BRETT H. DE JARNETTE (292919)

*/s/ Jessica Valenzuela Santamaria*

Jessica Valenzuela Santamaria (220934)

Attorneys for Defendants W. DENMAN VAN NESS, WILLIAM K. BOWES, JR., PETER BARTON HUTT, JOSEPH M. LIMBER, KELVIN M. NEU, PATRICK J. SCANNON, JOHN VARIAN, TIMOTHY P. WALBERT, PAUL D. RUBIN AND JACK L. WYSZOMIERSKI and Nominal Defendant XOMA CORPORATION

Dated: February 2, 2016

GREEN & NOBLIN, P.C.
ROBERT S. GREEN (136183)
JAMES ROBERT NOBLIN (114442)

And

FEDERMAN & SHERWOOD
WILLIAM B. FEDERMAN

*/s/ Robert S. Green*

Robert S. Green (136183)

Attorneys for Plaintiff DEBORAH A. FIESER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED:  February 8, 2016

Honorable Haywood S. Gilliam, Jr.
United States District Judge

Cooley LLP
Attorneys At Law
Palo Alto

4.

Stipulation and [Proposed] Order to
Extend Time for Defendants' to Respond
to Complaint - 4:15-CV-05236

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Local Rule 5-1 of The United States District Court for the Northern District of California, I, Jessica Valenzuela Santamaria, hereby attest that the concurrence to the filing of the foregoing document has been obtained from Robert S. Green, who provided the conformed signature above.

Dated: February 2, 2016          COOLEY LLP
                                 JESSICA VALENZUELA SANTAMARIA (220934)
                                 JOHN C. DWYER (136533)
                                 AMANDA A. MAIN (260814)
                                 BRETT H. DE JARNETTE (292919)


                                 _/s/ Jessica Valenzuela Santamaria_
                                 Jessica Valenzuela Santamaria (220934)

                                 Attorneys for Defendants W. DENMAN VAN NESS,
                                 WILLIAM K. BOWES, JR., PETER BARTON HUTT,
                                 JOSEPH M. LIMBER, KELVIN M. NEU, PATRICK J.
                                 SCANNON, JOHN VARIAN, TIMOTHY P.
                                 WALBERT, PAUL D. RUBIN AND JACK L.
                                 WYSZOMIERSKI and Nominal Defendant XOMA
                                 CORPORATION

126981496

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER TO
EXTEND TIME FOR DEFENDANTS' TO RESPOND
TO COMPLAINT - 4:15-CV-05236