United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CSOKA,<br><br>            Plaintiff,<br><br>     v.<br><br>JOHN W VARIAN, et al.,<br><br>            Defendants. | Related Case No. 15-cv-05429-HSG<br><br>**ORDER OF RECUSAL AND ORDER RESCINDING RELATED CASE ORDER**<br><br>Re: Dkt. Nos. 13 & 17 |
| JOSEPH F. MARKETTE,<br><br>            Plaintiff,<br><br>     v.<br><br>XOMA CORPORATION, et al.,<br><br>            Defendants. | Lead Case No. 15-cv-03425-HSG |
| DEBORAH A. FIESER,<br><br>            Plaintiff,<br><br>     v.<br><br>W. DENMAN VAN NESS, et al.,<br><br>            Defendants. | Related Case No. 15-cv-05236-HSG |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

I, the undersigned judge of the court, finding myself disqualified in *Csoka v. Varian*, Case No. 3:15-cv-05429, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

The Court hereby rescinds its order relating this case to *Markette v. Xoma Corp.*, Case No. 3:15-cv-3425, and *Fieser v. Van Ness*, Case No. 4:15-cv-05236. The *Markette* and *Fieser* cases

will remain assigned to the undersigned judge.

All pending dates of motions, pretrial conferences and trial in the *Csoka* case are hereby vacated and will be reset by the newly assigned judge. This includes the parties' stipulation to extend time for defendants to respond to complaint and reschedule case management conference, Dkt. No. 17.

**IT IS SO ORDERED.**

Dated: March 24, 2016

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California