UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH A. FIESER,<br><br>        Plaintiff,<br><br>   v.<br><br>W. DENMAN VAN NESS, et al.,<br><br>        Defendants. | Related Case No. 15-cv-05236-HSG<br><br>**ORDER OF RECUSAL AND ORDER RESCINDING RELATED CASE ORDER** |
| JOSEPH F. MARKETTE,<br><br>        Plaintiff,<br><br>   v.<br><br>XOMA CORPORATION, et al.,<br><br>        Defendants. | Lead Case No. 15-cv-03425-HSG |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

I, the undersigned judge of the court, finding myself disqualified in *Fieser v. Van Ness*, Case No. 4:15-cv-05236, hereby recuse myself from that case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

The Court rescinds its order relating *Fieser* to *Markette v. Xoma Corp.*, Case No. 3:15-cv-3425. The *Markette* case will remain assigned to the undersigned judge.

///

///

///

///

///

All pending dates of motions, pretrial conferences and trial in the *Fieser* case are hereby vacated and will be reset by the newly assigned judge. This includes the parties' stipulation to extend time for defendants to respond to complaint and reschedule case management conference, Dkt. No. 28.

**IT IS SO ORDERED.**

Dated: April 13, 2016

HAYWOOD S. GILLIAM, JR.
United States District Judge

2