COOLEY LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
JESSICA VALENZUELA SANTAMARIA (220934) (jsantamaria@cooley.com)
AMANDA A. MAIN (260814) (amain@cooley.com)
BRETT H. DE JARNETTE (292919) (bdejarnette@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:     (650) 843-5000
Facsimile:      (650) 849-7400

Attorneys for Defendants
W. DENMAN VAN NESS, WILLIAM K. BOWES, JR.,
PETER BARTON HUTT, JOSEPH M. LIMBER,
KELVIN M. NEU, PATRICK J. SCANNON,
JOHN VARIAN, TIMOTHY P. WALBERT,
PAUL D. RUBIN AND JACK L. WYSZOMIERSKI
and Nominal Defendant XOMA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH A. FIESER, derivatively on behalf of XOMA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>W. DENMAN VAN NESS, WILLIAM K. BOWES, JR., PETER BARTON HUTT, JOSEPH M. LIMBER, KELVIN M. NEU, PATRICK J. SCANNON, JOHN VARIAN, TIMOTHY P. WALBERT, PAUL D. RUBIN AND JACK L. WYSZOMIERSKI and Nominal Defendant XOMA CORPORATION,<br><br>Defendants. | Case No.  4:15-CV-05236-JST<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING THE ACTION**<br><br>Judge:   Honorable Jon S. Tigar |

Plaintiff Deborah A. Fieser ("Plaintiff"), nominal defendant XOMA Corporation ("XOMA"), and individual defendants Patrick J. Scannon, John W. Varian ("Varian"), Paul D. Rubin ("Rubin"), William K. Bowes Jr., Peter Barton Hutt, Joseph M. Limber, W. Denman Van Ness, Timothy P. Walbert, Jack Wyszomierski, and Kelvin M. Neu (the "Individual Defendants," and together with XOMA, the "Defendants"), by and through their undersigned counsel, stipulate as follows:

WHEREAS, on July 24, 2015, a securities class action (the "Securities Action") was filed in the U.S. District Court for the Northern District of California against XOMA and defendants Varian and Rubin, captioned *Markette v. XOMA Corporation, et al.*, No. 3:15-cv-03425-HSG, and several motions for the appointment of lead plaintiff and lead counsel have been filed in the Securities Action;

WHEREAS the factually related above-captioned shareholder derivative action (the "Derivative Action") alleges, among other things, breaches of fiduciary duties and violations of law by certain of the directors and officers of XOMA;

WHEREAS, a factually related shareholder derivative complaint, captioned *Silva v. Scannon, et al.*, Sup. Ct. Case No. RG15787990, was previously filed on October 1, 2015 and is pending before the Superior Court of the State of California, County of Alameda (the "State Derivative Action");

WHEREAS, Defendants intend to file a motion to dismiss in the Securities Action and, if any amended complaints are filed therein, Defendants intend to file motions to dismiss the amended complaints as well;

WHEREAS, the State Derivative Action has been stayed pending further developments in the Securities Action;

WHEREAS, Plaintiff and Defendants (collectively, the "Parties") in the Derivative Action have met and conferred regarding the most efficient manner in which to proceed;

WHEREAS, the Parties agree that the ruling on any anticipated motions to dismiss in the Securities Action may help inform the manner in which the Derivative Action proceeds; and

WHEREAS, based upon the circumstances unique to the Derivative Action and in furtherance of the goal of judicial economy, the Parties agree that the interests of justice and efficient and effective case management would best be served by staying the Derivative Action pending a resolution of all motions to dismiss in the Securities Action;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their respective counsel of record, as follows:

**TEMPORARY STAY OF THE DERIVATIVE ACTION**

1. Subject to paragraph 2 below, all proceedings in the Derivative Action shall be stayed until the resolution of all motions to dismiss the Securities Action.

2. Upon expiration of the stay, the Parties in the Derivative Action will meet and confer in good faith to determine a schedule for the Derivative Action going forward, and will submit a proposed scheduling stipulation for this Court's review and approval.

3. Defendants shall not be obligated to respond to the complaint filed in the Derivative Action until a scheduling stipulation has been entered by the Court pursuant to paragraph 2 above after the stay has been lifted. Notwithstanding the stipulated stay, Plaintiff shall be permitted to file an amended complaint during the pendency of the stay, but Defendants shall be under no obligation to respond to any complaint while the stay is in effect. Defendants reserve all of their defenses to the claims asserted by Plaintiff and other rights, and the stay shall not be, and shall not be deemed, a waiver of any of Defendants' defenses or other rights.

4. The Parties agree that any challenges to Plaintiff's allegations that demand on the XOMA Board of Directors (the "Board") is or was futile will be determined based on the composition of the Board as of the time the first complaint in this action was filed.

5. This Stipulation shall not preclude or prevent the Parties from stipulating to, or moving for, a court order lifting, modifying or extending the terms of this Stipulation upon a showing of good cause.

6. By entering into this Stipulation, the Parties do not waive any rights not specifically addressed herein, including the right to file any motion any party deems appropriate once this case is no longer temporarily stayed.

IT IS SO STIPULATED.

Dated: May 6, 2016        COOLEY LLP

                          _____
                          */s/ Jessica Valenzuela Santamaria*
                          Jessica Valenzuela Santamaria (220934)

                          Attorneys for Defendants W. DENMAN VAN NESS, WILLIAM K. BOWES, JR., PETER BARTON HUTT, JOSEPH M. LIMBER, KELVIN M. NEU, PATRICK J. SCANNON, JOHN VARIAN, TIMOTHY P. WALBERT, PAUL D. RUBIN AND JACK L. WYSZOMIERSKI and Nominal Defendant XOMA CORPORATION

Dated: May 6, 2016        GREEN & NOBLIN, P.C.

                          And

                          FEDERMAN & SHERWOOD
                          WILLIAM B. FEDERMAN


                          _____
                          */s/ Robert S. Green*
                          Robert S. Green (136183)

                          Attorneys for Plaintiff DEBORAH A. FIESER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: _____

                          _____
                          Honorable Jon S. Tigar
                          United States District Judge

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Local Rule 5-1 of The United States District Court for the Northern District of California, I, Jessica Valenzuela Santamaria, hereby attest that the concurrence to the filing of the foregoing document has been obtained from Robert S. Green, who provided the conformed signature above.

Dated: May 6, 2016                COOLEY LLP

*/s/ Jessica Valenzuela Santamaria*
Jessica Valenzuela Santamaria (220934)

Attorneys for Defendants W. DENMAN VAN NESS, WILLIAM K. BOWES, JR., PETER BARTON HUTT, JOSEPH M. LIMBER, KELVIN M. NEU, PATRICK J. SCANNON, JOHN VARIAN, TIMOTHY P. WALBERT, PAUL D. RUBIN AND JACK L. WYSZOMIERSKI and Nominal Defendant XOMA CORPORATION

131269462