UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBORAH A. FIESER,

    Plaintiff,

    v.

W. DENMAN VAN NESS, et al.,

    Defendants.

Case No. 15-cv-05236-JST

**ORDER GRANTING STIPULATION TO STAY ACTION**

Re: ECF No. 37

Before the Court is a stipulation to stay all proceedings in this case pending upcoming motion practice in the case of Markette v. XOMA Corporation, et al., No. 3:15-cv-03425-HSG. ECF No. 37. The stipulation is granted. All proceedings in this case shall be stayed until further order by the Court. The Initial Case Management Conference is hereby continued from June 29, 2016 to August 24, 2016. A Joint Case Management Conference Statement is due five days prior to the conference. In addition to complying with the other requirements for Case Management Statements, the parties' statement shall address the state of the proceedings in Markette v. Xoma Corporation.

    IT IS SO ORDERED.

Dated: May 9, 2016

JON S. TIGAR
United States District Judge