UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DEBORAH A. FIESER,<br><br>    Plaintiff,<br><br>  v.<br><br>W. DENMAN VAN NESS, et al.,<br><br>    Defendants. | Case No.  15-cv-05236-JST<br><br>**ORDER RELATING CASES, EXTENDING STAY, AND DENYING STIPULATION AS MOOT**<br><br>Re: ECF No. 39 |
|---|---|

The Court finds that the following case, which is already assigned to the undersigned, is related to this case:

    Csoka v. Varian, 3:15-cv-05429-JST

In light of this finding, the stay imposed in this case on May 9, 2016, ECF No. 38, is hereby extended to coincide with the stay imposed in Csoka on May 19, 2016, see Csoka, 3:15-cv-05429-JST, ECF No. 24.  Accordingly, the Case Management Conference in this case, currently scheduled for August 24, 2016, is continued to May 17, 2017 at 2:00 p.m.  A Joint Case Management Statement is due on May 3, 2017.  If they wish, the parties may submit a single Case Management Statement for both cases.  The parties should refer to the Court's instructions regarding the May 17, 2017 Case Management Conference in Csoka for further guidance.

The parties' stipulation to reschedule the Case Management Conference, ECF No. 39, is denied as moot.

IT IS SO ORDERED.

Dated: August 19, 2016

                                          JON S. TIGAR
                                   United States District Judge