COOLEY LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
JESSICA VALENZUELA SANTAMARIA (220934) (jsantamaria@cooley.com)
AMANDA A. MAIN (260814) (amain@cooley.com)
BRETT H. DE JARNETTE (292919) (bdejarnette@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendants
W. DENMAN VAN NESS, WILLIAM K. BOWES, JR.,
PETER BARTON HUTT, JOSEPH M. LIMBER,
KELVIN M. NEU, PATRICK J. SCANNON,
JOHN VARIAN, TIMOTHY P. WALBERT,
PAUL D. RUBIN AND JACK L. WYSZOMIERSKI
and Nominal Defendant XOMA CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH A. FIESER, derivatively on behalf of XOMA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>W. DENMAN VAN NESS, WILLIAM K. BOWES, JR., PETER BARTON HUTT, JOSEPH M. LIMBER, KELVIN M. NEU, PATRICK J. SCANNON, JOHN VARIAN, TIMOTHY P. WALBERT, PAUL D. RUBIN AND JACK L. WYSZOMIERSKI and Nominal Defendant XOMA CORPORATION,<br><br>Defendants. | Case No. 3:15-CV-05236-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Honorable Jon S. Tigar |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER TO
RESCHEDULE CMC
CASE NO. 3:15-CV-05236-JST

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Deborah A. Fieser ("Fieser"), Jeffrey Csoka ("Cskoka"), and Defendants W. Denman Van Ness, William K. Bowes, Jr., Peter Barton Hutt, Joseph M. Limber, Kelvin M. Neu, Patrick J. Scannon, John Varian, Timothy P. Walbert, Paul D. Rubin, Jack L. Wyszomierski, and Nominal Defendant XOMA Corporation (collectively, "Defendants"), by and through their respective counsel, hereby agree and stipulate that good cause exists to request an order from the Court rescheduling the Case Management Conference currently set for May 17, 2017 in this action and related action at Case No. 3:15-CV-05429-JST to August 23, 2017, and to adjust accordingly the related deadlines set forth therein.

WHEREAS, Joseph Markette ("Markette") filed a securities class action lawsuit against XOMA, John Varian, and Paul Rubin relating to XOMA's EYEGUARD-B study in the United States Court for the Northern District of California, captioned *Markette v. XOMA Corp., et. al.*, 3:15-CV-3425-HSG, on July 24, 2015 (the "Securities Action");

WHEREAS, Plaintiff Fieser filed this related shareholder derivative action, captioned *Fieser v. W. Denman Van Ness, et. cal.*, Case No. 3:15-CV-05236-JST, on November 16, 2015 ("*Fieser* Derivative Action");

WHEREAS, Csoka filed a related shareholder derivative action in the United States Court for the Northern District of California, captioned *Csoka v. John Varian, et. al.*, Case No. 3:15-CV-05429-JST, on November 25, 2015 ("*Csoka* Derivative Action");

WHEREAS, as of April 25, 2016, both the *Fieser* Derivative Action and the *Csoka* Derivative Action are before Hon. Jon S. Tigar;

WHEREAS, on May 9, 2016, the Court stayed the *Fieser* Derivative Action pending future developments in the Securities Action;

WHEREAS, on May 19, 2016, the Court stayed the *Csoka* Derivative Action pending future developments in the Securities Action;

WHEREAS, on May 24, 2016, the Court in the Securities Action set a briefing schedule requiring Markette to file an amended complaint by July 8, 2016, Defendants to respond to the amended complaint by August 11, 2016; Markette to file an opposition to the response by

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIPULATION AND [PROPOSED] ORDER TO
RESCHEDULE CMC
CASE NO. 3:15-CV-05236-JST

September 15, 2016, Defendants to file a reply brief by September 29, 2016, and for the hearing to be held on October 13, 2016;

WHEREAS, on July 8, 2016, Markette filed an amended complaint adding for the first time Kelvin Neu as a defendant;

WHEREAS, on July 22, 2016, the parties in the Securities Action filed a stipulation to amend the case management schedule;

WHEREAS, on July 22, 2016, the Court in the Securities Action granted in part and denied in part the parties' stipulation to amend the case management schedule, requiring Defendants to respond to the amended complaint by September 2, 2016; Markette to file an opposition to the response by October 7, 2016; Defendants to file a reply brief by October 21, 2016; and for the hearing to be held on November 3, 2016;

WHEREAS, the parties filed a stipulation to reschedule the case management conference in this action on August 16, 2016;

WHEREAS, on August 19, 2016, this Court ordered the *Fieser* and *Csoka* Derivative Actions related, extended the stay, and denied Defendants' stipulation as moot;

WHEREAS, on September 2, 2016, Defendants filed a motion to dismiss the Securities Action;

WHEREAS, on September 15, 2016, the Court in the Securities Action continued the hearing to December 15, 2016;

WHEREAS, on October 7, 2016, Plaintiff Markette filed an opposition to Defendants' motion to dismiss;

WHEREAS, on October 21, 2016, Defendants filed a reply in support of their motion to dismiss;

WHEREAS, on December 14, 2016, the Court in the Securities Action vacated the hearing previously scheduled for December 15, 2016, and took the pending motion to dismiss filings under submission;

WHEREAS, the Case Management Conference is currently scheduled for May 17, 2017 in both the *Fieser* and *Csoka* Derivative Actions;

WHEREAS, the Court in the Securities Action has yet to issue an order on the motion to dismiss filings;

WHEREAS, in light of the current stay of both the *Fieser* and *Csoka* Derivative Actions and the status of the Securities Action, the parties believe it would be a waste of judicial and party resources for the Court and the Parties to conduct the Case Management Conference on May 17, 2017;

WHEREAS Fieser, Csoka, and Defendants further agree that the Case Management Conference should be rescheduled for August 23, 2017, and all related deadlines adjusted accordingly.

NOW THEREFORE, THE FOLLOWING IS HEREBY STIPULATED by and between the parties, through their respective counsel:

1. The Case Management Conference will be rescheduled to August 23, 2017, and all related deadlines (including ADR deadlines) adjusted accordingly.

IT IS SO STIPULATED.

Dated: May 2, 2017    COOLEY LLP

*/s/ Jessica Valenzuela Santamaria*
Jessica Valenzuela Santamaria (220934)

Attorneys for Defendants W. DENMAN VAN NESS, WILLIAM K. BOWES, JR., PETER BARTON HUTT, JOSEPH M. LIMBER, KELVIN M. NEU, PATRICK J. SCANNON, JOHN VARIAN, TIMOTHY P. WALBERT, PAUL D. RUBIN AND JACK L. WYSZOMIERSKI and Nominal Defendant XOMA CORPORATION

| | | |
|---|---|---|
| 1 | Dated: May 2, 2017 | GREEN & NOBLIN, P.C. |
| 2 | | and |
| 3 | | FEDERMAN & SHERWOOD |
| 4 | | WILLIAM B. FEDERMAN |

<em>/s/ Robert S. Green</em>

Robert S. Green (136183)

Attorneys for Plaintiff DEBORAH A. FIESER

Dated: May 2, 2017

LAW OFFICE OF ADAM R. BERNSTEIN
ADAM BERNSTEIN (132982)

<em>/s/ Adam Bernstein</em>

Adam Bernstein (132982)

198 Coffeeberry Dr.
San Jose, CA, 95123
Telephone: (408) 960-6511
Facsimile: (408) 613-2489
Email: bernsteinlaw@earthlink.net

THE BROWN LAW FIRM, P.C.
TIMOTHY W. BROWN
127A Cove Road
Oyster Bay Cove, New York 11771
Telephone: (516) 922-5427
Email: tbrown@thebrownlawfirm.net

Attorneys for Plaintiff JEFFREY CSOKA

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: May 3, 2017

Honorable Jon S. Tigar
United States District Judge

5.

STIPULATION AND [PROPOSED] ORDER TO
RESCHEDULE CMC
CASE NO. 3:15-CV-05236-JST

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO