COOLEY LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
JESSICA VALENZUELA SANTAMARIA (220934) (jvs@cooley.com)
BRETT H. DE JARNETTE (292919) (bdejarnette@cooley.com)
JESSIE SIMPSON LAGOY (305257) (jsimpsonlagoy@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendants
W. DENMAN VAN NESS, WILLIAM K. BOWES, JR.,
PETER BARTON HUTT, JOSEPH M. LIMBER,
KELVIN M. NEU, PATRICK J. SCANNON,
JOHN VARIAN, TIMOTHY P. WALBERT,
PAUL D. RUBIN AND JACK L. WYSZOMIERSKI
and Nominal Defendant XOMA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH A. FIESER, derivatively on behalf of XOMA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>W. DENMAN VAN NESS, WILLIAM K. BOWES, JR., PETER BARTON HUTT, JOSEPH M. LIMBER, KELVIN M. NEU, PATRICK J. SCANNON, JOHN VARIAN, TIMOTHY P. WALBERT, PAUL D. RUBIN AND JACK L. WYSZOMIERSKI and Nominal Defendant XOMA CORPORATION,<br><br>Defendants. | Case No. 3:15-CV-05236-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Honorable Jon S. Tigar |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER TO
RESCHEDULE CMC
CASE NO. 3:15-CV-05236-JST

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Deborah A. Fieser ("Fieser"), Jeffrey Csoka ("Cskoka"), and Defendants W. Denman Van Ness, William K. Bowes, Jr., Peter Barton Hutt, Joseph M. Limber, Kelvin M. Neu, Patrick J. Scannon, John Varian, Timothy P. Walbert, Paul D. Rubin, Jack L. Wyszomierski, and Nominal Defendant XOMA Corporation (collectively, "Defendants"), by and through their respective counsel, hereby agree and stipulate that good cause exists to request an order from the Court rescheduling the initial Case Management Conference currently set for August 23, 2017 in this action and related action at Case No. 3:15-CV-05429-JST to December 13, 2017, and to adjust accordingly the related deadlines set forth therein.

WHEREAS, Joseph Markette ("Markette") filed a securities class action lawsuit against XOMA, John Varian, and Paul Rubin relating to XOMA's EYEGUARD-B study in the United States Court for the Northern District of California, captioned *Markette v. XOMA Corp., et. al.*, 3:15-CV-3425-HSG, on July 24, 2015 (the "Securities Action");

WHEREAS, Plaintiff Fieser filed this related shareholder derivative action, captioned *Fieser v. W. Denman Van Ness, et. cal.*, Case No. 3:15-CV-05236-JST, on November 16, 2015 ("*Fieser* Derivative Action");

WHEREAS, Csoka filed another related shareholder derivative action in the United States Court for the Northern District of California, captioned *Csoka v. John Varian, et. al.*, Case No. 3:15-CV-05429-JST, on November 25, 2015 ("*Csoka* Derivative Action");

WHEREAS, as of April 25, 2016, both the *Fieser* Derivative Action and the *Csoka* Derivative Action are before Hon. Jon S. Tigar;

WHEREAS, on May 9, 2016, the Court stayed the *Fieser* Derivative Action pending future developments in the Securities Action;

WHEREAS, on May 19, 2016, the Court stayed the *Csoka* Derivative Action pending future developments in the Securities Action;

WHEREAS, on May 24, 2016, the Court in the Securities Action set a briefing schedule requiring Markette to file an amended complaint by July 8, 2016, Defendants to respond to the amended complaint by August 11, 2016; Markette to file an opposition to the response by

Cooley LLP
Attorneys At Law
Palo Alto

2.

STIPULATION AND [PROPOSED] ORDER TO
RESCHEDULE CMC
CASE NO. 3:15-CV-05236-JST

September 15, 2016, Defendants to file a reply brief by September 29, 2016, and for the hearing to be held on October 13, 2016;

WHEREAS, on July 8, 2016, Markette filed an amended complaint adding for the first time Kelvin Neu as a defendant;

WHEREAS, on July 22, 2016, the parties in the Securities Action filed a stipulation to amend the case management schedule;

WHEREAS, on July 22, 2016, the Court in the Securities Action granted in part and denied in part the parties' stipulation to amend the case management schedule, requiring Defendants to respond to the amended complaint by September 2, 2016; Markette to file an opposition to the response by October 7, 2016; Defendants to file a reply brief by October 21, 2016; and for the hearing to be held on November 3, 2016;

WHEREAS, the parties filed a stipulation to reschedule the initial Case Management Conference in this action on August 16, 2016;

WHEREAS, on August 19, 2016, this Court ordered the *Fieser* and *Csoka* Derivative Actions related, extended the stay, and denied Defendants' stipulation as moot;

WHEREAS, on September 2, 2016, Defendants filed a motion to dismiss the Securities Action;

WHEREAS, on September 15, 2016, the Court in the Securities Action continued the motion to dismiss hearing to December 15, 2016;

WHEREAS, on October 7, 2016, Plaintiff Markette filed an opposition to Defendants' motion to dismiss;

WHEREAS, on October 21, 2016, Defendants filed a reply in support of their motion to dismiss;

WHEREAS, on December 14, 2016, the Court in the Securities Action vacated the hearing previously scheduled for December 15, 2016, and took the pending motion to dismiss filings under submission;

WHEREAS, on May 2, 2017, the parties filed a second stipulation to reschedule the initial Case Management Conference;

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3.

STIPULATION AND [PROPOSED] ORDER TO
RESCHEDULE CMC
CASE NO. 3:15-CV-05236-JST

WHEREAS, this Court granted the stipulation in the *Fieser* Derivative Action on May 3, 2017, and granted the stipulation in the *Csoka* Derivative Action on May 5, 2017, and rescheduled the initial Case Management Conference to August 23, 2017;

WHEREAS, on May 26, 2017, the Court in the Securities Action ordered the parties to submit simultaneous supplemental briefing in light of the Ninth Circuit's recent opinion in *City of Dearborn Heights Act 345 Police & Retirement Sys. v. Align Tech., Inc.*, No. 14-16814, 2017 WL 1753276 (9th Cir. May 5, 2017);

WHEREAS, on June 9, 2017, both parties in the Securities Action filed supplemental briefing in support of their respective motion to dismiss filings;

WHEREAS, the Court in the Securities Action has yet to issue an order on the motion to dismiss;

WHEREAS, the initial Case Management Conference is currently scheduled for August 23, 2017 in both the *Fieser* and *Csoka* Derivative Actions;

WHEREAS, in light of the current stay of both the *Fieser* and *Csoka* Derivative Actions and the status of the Securities Action, the parties believe it would be a waste of judicial and party resources for the Court and the Parties to conduct the Case Management Conference on August 23, 2017;

WHEREAS Fieser, Csoka, and Defendants further agree that the Case Management Conference should be rescheduled to December 13, 2017, and all related deadlines adjusted accordingly.

NOW THEREFORE, THE FOLLOWING IS HEREBY STIPULATED by and between the parties, through their respective counsel:

1. The Case Management Conference will be rescheduled to December 13, 2017, and all related deadlines (including ADR deadlines) adjusted accordingly.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: August 9, 2017 | | COOLEY LLP |

*/s/ Jessica Valenzuela Santamaria*
Jessica Valenzuela Santamaria (220934)

Attorneys for Defendants W. DENMAN VAN NESS, WILLIAM K. BOWES, JR., PETER BARTON HUTT, JOSEPH M. LIMBER, KELVIN M. NEU, PATRICK J. SCANNON, JOHN VARIAN, TIMOTHY P. WALBERT, PAUL D. RUBIN AND JACK L. WYSZOMIERSKI and Nominal Defendant XOMA CORPORATION

Dated: August 9, 2017           GREEN & NOBLIN, P.C.

and

FEDERMAN & SHERWOOD
WILLIAM B. FEDERMAN

*/s/ Robert S. Green*
Robert S. Green (136183)

Attorneys for Plaintiff DEBORAH A. FIESER

Dated: August 9, 2017           LAW OFFICE OF ADAM R. BERNSTEIN
ADAM BERNSTEIN (132982)

*/s/ Adam Bernstein*
Adam Bernstein (132982)

198 Coffeeberry Dr.
San Jose, CA, 95123
Telephone: (408) 960-6511
Facsimile: (408) 613-2489
Email: bernsteinlaw@earthlink.net

THE BROWN LAW FIRM, P.C.
TIMOTHY W. BROWN
127A Cove Road
Oyster Bay Cove, New York 11771
Telephone: (516) 922-5427
Email: tbrown@thebrownlawfirm.net

Attorneys for Plaintiff JEFFREY CSOKA

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: August 10, 2017

_____
Honorable Jon S. Tigar
United States District Judge

Cooley LLP
Attorneys At Law
Palo Alto

6.

STIPULATION AND [PROPOSED] ORDER TO
RESCHEDULE CMC
CASE NO. 3:15-CV-05236-JST

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Local Rule 5-1 of The United States District Court for the Northern District of California, I, Jessica Valenzuela Santamaria, hereby attest that the concurrence to the filing of the foregoing document has been obtained from Robert S. Green and Adam Bernstein, who provided the conformed signatures above.

Dated: August 9, 2017　　　　　　　COOLEY LLP

　　　　　　　　　　　　　　　　　　*/s/ Jessica Valenzuela Santamaria*
　　　　　　　　　　　　　　　　　　Jessica Valenzuela Santamaria (220934)

　　　　　　　　　　　　　　　　　　Attorneys for Defendants W. DENMAN VAN NESS, WILLIAM K. BOWES, JR., PETER BARTON HUTT, JOSEPH M. LIMBER, KELVIN M. NEU, PATRICK J. SCANNON, JOHN VARIAN, TIMOTHY P. WALBERT, PAUL D. RUBIN AND JACK L. WYSZOMIERSKI and Nominal Defendant XOMA CORPORATION