| | |
|---|---|
| 1 | COOLEY LLP<br>JOHN C. DWYER (136533) (dwyerjc@cooley.com) |
| 2 | JESSICA VALENZUELA SANTAMARIA (220934) (jvs@cooley.com)<br>BRETT H. DE JARNETTE (292919) (bdejarnette@cooley.com) |
| 3 | JESSIE SIMPSON LAGOY (305257) (jsimpsonlagoy@cooley.com)<br>3175 Hanover Street |
| 4 | Palo Alto, CA  94304-1130<br>Telephone:    (650) 843-5000 |
| 5 | Facsimile:    (650) 849-7400 |
| 6 | Attorneys for Defendants |
| 7 | W. DENMAN VAN NESS, WILLIAM K. BOWES, JR.,<br>PETER BARTON HUTT, JOSEPH M. LIMBER, |
| 8 | KELVIN M. NEU, PATRICK J. SCANNON,<br>JOHN VARIAN, TIMOTHY P. WALBERT, |
| 9 | PAUL D. RUBIN AND JACK L. WYSZOMIERSKI<br>and Nominal Defendant XOMA CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH A. FIESER, derivatively on behalf of XOMA CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>W. DENMAN VAN NESS, WILLIAM K. BOWES, JR., PETER BARTON HUTT, JOSEPH M. LIMBER, KELVIN M. NEU, PATRICK J. SCANNON, JOHN VARIAN, TIMOTHY P. WALBERT, PAUL D. RUBIN AND JACK L. WYSZOMIERSKI and Nominal Defendant XOMA CORPORATION,<br><br>        Defendants. | Case No. 3:15-CV-05236-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Judge:    Honorable Jon S. Tigar |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

JOINT STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL
CASE NO. 3:15-CV-05236-JST

| | |
|---|---|
| 1 | WHEREAS, Joseph Markette ("Markette") filed a securities class action lawsuit against XOMA Corporation ("XOMA"), John W. Varian, and Paul D. Rubin relating to XOMA's EYEGUARD-B study in the United States Court for the Northern District of California, captioned *Markette v. XOMA Corp., et. al.*, 3:15-CV-3425-HSG, on July 24, 2015 (the "Securities Action"); |
| 6 | WHEREAS, Plaintiff Deborah A. Fieser ("Fieser") filed this related shareholder derivative action, captioned *Fieser v. W. Denman Van Ness, et. al.*, Case No. 3:15-CV-05236-JST, on November 16, 2015 ("*Fieser* Derivative Action"), naming W. Denman Van Ness, William K. Bowes, Jr., Peter Barton Hutt, Joseph M. Limber, Kelvin M. Neu, Patrick J. Scannon, John Varian, Timothy P. Walbert, Paul D. Rubin, and Jack L. Wyszomierski, as Defendants (collectively, "Individual Defendants), and XOMA as Nominal Defendant (together with Plaintiff Fieser, the "Parties"); |
| 13 | WHEREAS, Plaintiff Csoka filed a related shareholder derivative action in the United States Court for the Northern District of California, captioned *Csoka v. John Varian, et. al.*, Case No. 3:15-CV-05429-JST, on November 25, 2015 ("*Csoka* Derivative Action"); |
| 16 | WHEREAS, as of April 25, 2016, both the *Fieser* Derivative Action and the *Csoka* Derivative Action are before Hon. Jon S. Tigar; |
| 18 | WHEREAS, on May 6, 2016, the Parties filed a joint stipulation to stay the *Fieser* Derivative Action, which stated: "the Parties agree that the ruling on any anticipated motions to dismiss in the Securities Action may help inform the manner in which the Derivative Action proceeds;" |
| 22 | WHEREAS, on May 9, 2016, the Court stayed the *Fieser* Derivative Action pending future developments in the Securities Action; |
| 24 | WHEREAS, on May 19, 2016, the Court stayed the *Csoka* Derivative Action pending future developments in the Securities Action; |
| 26 | WHEREAS, on August 19, 2016, this Court ordered the *Fieser* and *Csoka* Derivative Actions related; |
| 28 | WHEREAS, on September 2, 2016, Defendants filed a motion dismiss the Securities |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

JOINT STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL
CASE NO. 3:15-CV-05236-JST

Action;

WHEREAS, on October 7, 2016, Plaintiff Markette filed an opposition to Defendants' motion to dismiss;

WHEREAS, on October 21, 2016, Defendants filed a reply in support of their motion to dismiss;

WHEREAS, on December 14, 2016, the Court in the Securities Action took the pending motion to dismiss filings under submission;

WHEREAS, on May 26, 2017, the Court in the Securities Action ordered the parties in that action to submit simultaneous supplemental briefing in light of the Ninth Circuit's recent opinion in *City of Dearborn Heights Act 345 Police & Retirement Sys. v. Align Tech., Inc.*, No. 14-16814, 2017 WL 1753276 (9th Cir. May 5, 2017);

WHEREAS, on June 9, 2017, both parties in the Securities Action filed supplemental briefing in support of their respective motion to dismiss filings;

WHEREAS, on September 28, 2017, the Court in the Securities Action granted Defendants' Motion to Dismiss the Amended Class Action Complaint without prejudice and entered an order requiring Plaintiff to file and serve an amended class action complaint by October 26, 2017 (Dkt. No. 113 in the Securities Action);

WHEREAS, on October 25, 2017, the Court in the Securities Action granted the parties' Stipulation and Order of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), in which Plaintiff Markette voluntarily dismissed the Securities Action with prejudice as to his individual claims, and without prejudice as to the unnamed class members (Dkt. No. 115 in the Securities Action);

WHEREAS, the Parties have met and conferred in good faith, and Plaintiff Fieser has agreed to voluntarily dismiss the above-captioned action without prejudice;

WHEREAS, the Parties agree that each party shall bear its own fees and costs related to this action.

WHEREAS, given this stipulation of dismissal, the Parties agree that the order regarding ADR issued on November 27, 2017 is moot.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3.

JOINT STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL
CASE NO. 3:15-CV-05236-JST

NOW THEREFORE, THE FOLLOWING IS HEREBY STIPULATED by and between the Parties, through their respective counsel:

1. Plaintiff Fieser voluntarily dismisses the above-captioned action without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and

2. The Parties shall each bear their own fees and costs related to this action.

IT IS SO STIPULATED.

Dated: December 4, 2017        COOLEY LLP

                               */s/ Jessica Valenzuela Santamaria*
                               Jessica Valenzuela Santamaria (220934)

                               Attorneys for Defendants W. DENMAN VAN NESS, WILLIAM K. BOWES, JR., PETER BARTON HUTT, JOSEPH M. LIMBER, KELVIN M. NEU, PATRICK J. SCANNON, JOHN VARIAN, TIMOTHY P. WALBERT, PAUL D. RUBIN AND JACK L. WYSZOMIERSKI and Nominal Defendant XOMA CORPORATION

Dated: December 4, 2017        GREEN & NOBLIN, P.C.

                               and

                               FEDERMAN & SHERWOOD
                               WILLIAM B. FEDERMAN

                               */s/ Robert S. Green*
                               Robert S. Green (136183)

                               Attorneys for Plaintiff DEBORAH A. FIESER


**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED:  December 6, 2017                    _____
                                            Honorable Jon S. Tigar
                                            United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

4.

JOINT STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL
CASE NO. 3:15-CV-05236-JST